UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
OWEN HARTY,

              Plaintiff,                                           19 Civ. 1322 (VB)

     -against-                                        **NOTICE OF MOTION**

NYACK MOTOR HOTEL, INC.,

              Defendant.
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Edward J. Phillips, Esq. dated May 13, 2019, and the exhibit(s) attached thereto, and the Declaration of Shashi A. Patel dated May 13, 2019, Defendant Nyack Motor Hotel, Inc., by its undersigned counsel, will move before this Court at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601, for an Order, pursuant to Fed. R. Civ. P. 8(a), 12(b)(1), 12(b)(6) and 19(a), dismissing the Complaint in its entirety, and granting Defendant such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(b), any opposition papers shall be served within fourteen (14) days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers.

Dated:   White Plains, New York
          May 13, 2019

                                      Respectfully submitted,

                                      **KEANE & BEANE, P.C.**

                        By:    s/Edward J. Phillips
                               Edward J. Phillips
                               Attorneys for Defendant
                               445 Hamilton Avenue, 15th Floor
                               White Plains, NY 10601
                               (914) 946-4777
                               (914) 946-6868 (fax)
                               ephillips@kblaw.com